# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| EFRAIN CASADO, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:17-cv-38 |
| | * | |
| v. | * | |
| | * | |
| WARDEN FLOURNOY, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 14, to which Petitioner Efrain Casado ("Casado") filed Objections, dkt. no. 15. The Magistrate Judge properly analyzed the applicability of 28 U.S.C. § 2255's saving clause to Casado's Petition.

Thus, the Court **OVERRULES** Casado's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Respondent's Motion to Dismiss, **DISMISSES** Casado's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, and **DENIES** Casado *in forma pauperis* status on appeal.

The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

**SO ORDERED**, this _____ day of _____, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA